

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Gregory Konny*, 19 Cr. 283 (JGK)

Dear Judge Koeltl:

[Handwritten note by Judge: Application granted. Note that pursuant to ¶ 3 of the Consent Order, the forfeiture by the defendant will be included in the judgment of conviction and is part of the sentence. So ordered. /s/ John G. Koeltl 2/4/20 U.S.D.J.]

The Government writes in response to the Court's request for a final order of forfeiture for entry in the above-captioned case to be submitted for the Court's consideration by on or about February 7, 2020. Following the sentencing hearing in this case on January 31, 2020, the Government discovered that it will need approximately ninety days from the date of this letter to allow for appropriate publication of the specific property listed in the Consent Preliminary Order of Forfeiture entered in this case on or about October 4, 2019. (*See* ECF Dkt. No. 19.) While the Consent Preliminary Order of Forfeiture is final with respect to the defendant's interest in the specific property, third parties need to be given the opportunity to make any claims before a final order of forfeiture can be entered in this case. Accordingly, the Government respectfully requests ninety days from the date of this letter to submit a proposed final order of forfeiture for the Court's consideration or to update the Court with respect to any third parties that have made claims on this specific property.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-4-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: /s/ Aline R. Flodr
Aline R. Flodr
Assistant United States Attorneys
(212) 637-1110

cc: Marc Merolesi, Esq. (via ECF)