*Law Offices of*
*Thaniel J. Beinert & Associates*
155 Bay Ridge Avenue, Brooklyn, NY 11220
Tel. (718) 921-6601   Fax. (718) 921-6609

March 30, 2020

**VIA ECF & FIRST CLASS MAIL**
United States District Court
Southern District of New York
Attn: Judge John G. Koeltl
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Voluntary surrender is adjourned to June 26, 2020
at 2:00 PM.
SO ORDERED.

New York, NY          /s/ John G. Koeltl
March 31, 2020         John G. Koeltl, U.S.D.J.

*Re:*   **United States v. Gregory Konny**
        *Docket No. 19 Cr. 283 (JGK)*

Dear Judge Koeltl:

    As you are aware, regarding the above referenced matter, on January 31, 2020 Your

Honor sentenced Mr. Konny to 46 months on both counts 1 and 2 to run concurrently in the

above referenced matter. Your Honor granted permission for Mr. Konny to self-surrender on

April 24, 2020 by 2:00 PM. In light of the current Covid-19 pandemic, coupled with Mr.

Konny's known medical condition, it is respectfully requested that Your Honor adjourn Mr.

Konny's surrender date for sixty (60) days. I have spoken with the Assistant US Attorney Aline

Flodr and she consents to my request.

    I appreciate your consideration.

                                        Sincerely,

                                        Marc A. Merolesi

cc:     AUSA Aline Flodr (via ECF)
        Pretrial Services Mallori Brady (VIA EMAIL)

N:\Shared Documents\KONNY, GREG (FEDERAL CRIMINAL)\3-30-2020 ltr to court.doc