```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                                    19 cr. 283 (JGK)

**GREGORY KONNY,**                                        <u>ORDER</u>

                 Defendant.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's April 13, 2020 letter by May 1, 2020, including whether there is any statutory basis for the defendant's request. The defendant may reply by May 8, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           April 17, 2020                     /s/ John G. Koeltl
                                                 John G. Koeltl
                                         United States District Judge