```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
UNITED STATES OF AMERICA

        - against -                        19cr283 (JGK)

GREGORY KONNY,                             ORDER

                Defendant.
---------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defendant's invocation of 18 U.S.C. § 3582(c)(1) by May 13, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
         May 8, 2020            ____/s/ John G. Koeltl____
                                     John G. Koeltl
                              United States District Judge