**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

       - against -

**GREGORY KONNY,**

                **Defendant.**
―――――――――――――――――――――――――――――――――

**19-cr-283 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Government should respond to the motion for compassionate release by **December 16, 2020.** The defendant may reply by **December 18, 2020.**

**SO ORDERED.**

**Dated:**  **New York, New York**
         **December 8, 2020**

                                          /s/ John G. Koeltl
                                              **John G. Koeltl**
                                     **United States District Judge**