**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

    - against -

**GREGORY KONNY,**

             Defendant.

19-cr-283 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The government should respond to the defendant's letter, dated December 29, 2020 (ECF No. 54), by February 3, 2021.

**SO ORDERED.**

Dated:    **New York, New York**
             **January 25, 2021**

                              /s/ John G. Koeltl
                                John G. Koeltl
                         **United States District Judge**