**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

- against -

**GREGORY KONNY,**

                **Defendant.**

**19-cr-283 (JGK)**

**ORDER**

---

**JOHN G. KOELTL, District Judge:**

The BOP shall report to the Court by March 3, 2021 as to the defendant's current status with respect to home confinement or any other form of release, including necessary quarantine period. The BOP shall advise the Court by March 3, 2021 as to the current physical conditions of the defendant, including any COVID-19 condition or positive test and the BOP's plan for treating the defendant. The government is requested to convey this letter urgently to the BOP.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **March 2, 2021**
                                         /s/ John G. Koeltl
                                           **John G. Koeltl**
                                  **United States District Judge**